FILED

05 MAY 16 PM 5: 22

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FOUR SEASONS TRADING CO., L.P., | ) | Case No.: 1:05 CV 1359 |
| Plaintiff | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| GREAT LAKES PRODUCE, INC., *et al,* | ) | |
| Defendants | ) | <u>TEMPORARY RESTRAINING ORDER</u> |

Pending before the court is Plaintiff Four Seasons Trading Co., L.P.'s ("Plaintiff" or "Four Seasons") Motion for a Temporary Restraining Order. After reviewing the affidavit of Karen M. Buscavage, Plaintiff's Credit Manager, the Attorney Certification Why Notice Should Not Be Required Pursuant To Rule 65(b), and the pleadings and motions filed by Plaintiff, the court grants the Motion for a Temporary Restraining Order.

The court therefore Orders, pursuant to the Perishable Agricultural Commodities Act, 7 U.S.C. § 499e(c)(5), that Defendants Great Lakes Produce, Inc., Frank Penavic II, and Gezim Selgjekaj (together, "Defendants"), their customers, agents, officers, subsidiaries, assigns, and banking institutions, are temporarily restrained and enjoined from alienating, dissipating, paying over, or assigning any assets of Great Lakes Produce, Inc., or their subsidiaries or related companies, until further Order of this court or until Defendants pay Plaintiff the sum of $104,162.41, by cashiers check or certified check, at which time this Order is dissolved.

A hearing will be held on Plaintiff's Motion for Preliminary Injunction on Tuesday, May 31, 2005, at 3:00 p.m. in Room 17A, United States Courthouse, 801 W. Superior Avenue, Cleveland, OH 44113.

Bond shall be waived in view of the fact that Defendants now hold $104,162.41 worth of Plaintiff's assets.

Personal service of a copy of this Order and related affidavit and pleadings upon the Defendants or their counsel on or before May 17, 2005, at 5:00 p.m. shall be deemed good and sufficient service thereof.

IT IS SO ORDERED.

/S/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

May 16, 2005